PATRICK GALLAGHER, Respondent, *v.* THE ANCIENT ORDER OF HIBERNIANS OF NEW YORK COUNTY et al., Appellants, and FRANK J. FEE et al., Respondents, Impleaded with Others.

*Gallagher* v. *Ancient Order of Hibernians of N. Y. County,* 175 App. Div. 980, affirmed.

(Argued April 24, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 29, 1916, affirming a judgment in favor of plaintiff and defendants, respondents, entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien. The claim is in *quantum meruit* for the reasonable value of the work done by plaintiff under a building contract with the Ancient Order of Hibernians. The plaintiff agreed to build a theatre for them at a cost of about $140,000. The contract of the parties provided for payment by installments as the work progressed. Plaintiff agreed to accept notes in part payment for a number of these installments beginning with the second. By a letter, which was dated the same day as the formal contract, and which, upon the findings of the trial court, modified that contract, Mr. Gallagher " at the request of the Trustees " wrote to say that if the society could not meet these notes at maturity, " I will arrange to have them renewed for a period of two or three months." The Ancient Order of Hibernians, before the first of these notes fell due, tendered a renewal note at three months. Plaintiff declined to grant a renewal for three months but offered to give one for two months only. Such a note the Hibernians refused to give. Some weeks later plaintiff abandoned the work altogether. The trial court held plaintiff justified in so doing upon the theory that the option was his as to how long the period of renewal should be. The question whether the option as to the length of the renewal period lay with plaintiff or with the Order of Hibernians is the vital issue in the case.

*Nathan L. Miller, Walter H. Pollak* and *Saul S. Myers* for appellants.

*William F. Kimber* for plaintiff, respondent.

*J. Power Donnellan, J. Archer Hodge, Joab H. Banton, Walter L. Bunnell, J. Charles Weschler* and *Frank M. Avery* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.